# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

SCOTT BURRIS, Individually and )
as Personal Representative of )
the Estate of AGNES MARIE BURRIS, )
LISA BURRIS and LARA SEVERSON, )
                     )
          Plaintiff, )
      v.                  )   C.A. No.: N25C-12-122 FJJ
                     )
Bayhealth Medical Center, Inc., )
Apogee Medical Group Delaware, Inc., )
Ishtiaq Hussain, M.D., )
Roshan D. Prabhu, M.D., and )
Kushal Kumar Sooknarine, M.D., )
                     )
         Defendant.     )

## ORDER REGARDING AFFIDAVIT OF MERIT

This 25th day of February, 2026, the Court has reviewed *in camera* Plaintiff's Affidavit of Merit pursuant to 18 *Del.C.* §6853(a)(3) and 6853(d). Having done so, the Court finds the following:

1. An expert witness has signed the affidavit of merit.

2. The affidavit is accompanied by a current *curriculum vitae* of the expert witness.

3. The expert witness who signed the Affidavit represents he is Board Certified in Internal Medicine, Pulmonary and Critical Care Medicine.

4. The Affidavit indicates the expert witness was licensed to practice medicine as of the date of the Affidavit.

5. The Affidavit indicates the expert witness has been engaged in the treatment of patients and/or in the academic side of the fields of Internal Medicine,

Pulmonary and Critical Care Medicine for at least three years preceding the acts alleged in the Complaint.

6. The Affidavit contains an opinion that there was a breach of the standard of care by all of the defendants and that  the breach was the proximate cause of the injuries alleged in the Complaint.

7. The Affidavit complies with the requirements of 18 *Del.C.* §§6853(a)(1) and 6853(c) as to all Defendants named in the Complaint.

**IT IS SO ORDERED.**

<u>/s/ Francis J. Jones, Jr.</u>
Francis J. Jones Jr., Judge


cc:    File&ServeXpress